## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:08CR327 |
| | ) | |
| **ANTHONY C. KEY,** | ) | ORDER |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Motion to Extend Time to File Pretrial Motions [21]. A continuance is requested because the parties are actively involved in attempting to settle the case; however, defendant has already been given two continuances and has not shown good cause for a further extension of the pretrial motion deadline.

**IT IS ORDERED** that the Motion to Extend Time to File Pretrial Motions [21] is denied. By separate order, this case will be set for trial in accordance with the requirements of the Speedy Trial Act.

**DATED October 27, 2008.**

                 **BY THE COURT:**

                 **s/ F.A. Gossett**
                 **United States Magistrate Judge**