IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                          **8:08CR327**

          vs.

ANTHONY C. KEY,                                                         **ORDER**

                    Defendant.

Defendant Anthony C. Key appeared by summons before the court on Monday, April 16, 2018, on a Third Amended Petition for Warrant or Summons for Offender Under Supervision [124]. Defendant was represented by Federal Public Defender, David R. Stickman, and the United States was represented by Assistant U.S. Attorney, Susan T. Lehr. Defendant was not is custody, and therefore not entitled to a preliminary examination. Defendant was released on the current terms and conditions of supervision.

The undersigned magistrate judge does find that the petition alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1.      A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on June 14, 2018, at 1:00 p.m. Defendant must be present in person.

2.      Defendant is released on the current terms and conditions of supervision.

Dated this 16th day of April, 2018.

                                        BY THE COURT:

                                        s/ Michael D. Nelson
                                        United States Magistrate Judge